

COM.

v.

JACKSON, T.

3038 EDA 2016

Superior Court of Pennsylvania.

07/14/2017

CP-48-CR-0000623-2013 (Northampton)

Vacated/Remanded

IN the INTEREST OF: L.C., a minor

3669 EDA 2016

Superior Court of Pennsylvania.

07/14/2017

CP-51-AP-0000864-2016, CP-51-DP-0000666-2015 (Philadelphia)

Affirmed

COM.

v.

BATES, G.

248 EDA 2017

Superior Court of Pennsylvania.

07/14/2017

CP-15-CR-0001532-1976 (Chester)

Affirmed

IN the INTEREST OF: A.A.A.F.M., a Minor

293 EDA 2017

Superior Court of Pennsylvania.

07/14/2017

CP-51-DP-0000939-2014 (Philadelphia)

Vacated/Remanded

IN the INTEREST OF: M.T., a Minor

800 MDA 2016

Superior Court of Pennsylvania.

07/14/2017

CP-21-DP-0000212-2014 (Cumberland)

Affirmed

IN the INTEREST OF: D.M.T., a Minor

801 MDA 2016

Superior Court of Pennsylvania.

07/14/2017

CP-21-DP-0000211-2014 (Cumberland)

Affirmed

